**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

PRASERT LIMSUMANG,

AND

PAGE LIMSUMANG,

Debtors.

Case No. 25-12066-BFK
Chapter 11

**ORDER DIRECTING DEBTORS TO SHOW CAUSE WHY CASE SHOULD NOT BE**
**CONVERTED OR DISMISSED**

This matter comes before the Court *sua sponte* upon the Court taking notice that the Debtors-in-possession ("Debtors") have not been filing Monthly Operating Reports ("MORs") with the Court.  As of Monday, March 2, 2026, the Debtors have MORs outstanding for the month of December 2025, and the month of January 2026.  Under 28 C.F.R. § 58.8(b), a Debtor-in-possession is required to "file with the court and serve upon the United States Trustee . . . monthly operating reports using UST Form 11-MOR."  Because the Debtors are not meeting their obligation to file MORs in this case, the Court will set a hearing for the Debtors to appear and show cause. It is therefore,

**ORDERED**:

1.     This matter is set for a hearing on **Tuesday, March 17, 2026, at 11:00 a.m**., in Courtroom I of the United States Bankruptcy Court, located at 200 S. Washington Street, Alexandria, Virginia 22314, for the Debtors to appear and show cause, if any, why this case should not be converted, or dismissed

2.      The Clerk will mail copies of this Order, or will provide CM-ECF notice of its entry,

to the parties below.

Date: __Mar 3 2026_____        /s/ Brian F Kenney
                                    _____
                                    HONORABLE BRIAN F. KENNEY
Alexandria, Virginia                CHIEF U.S. BANKRUPTCY JUDGE

Prasert Limsumang                   Entered On Docket: Mar 4 2026
11403 Delsignore Drive
Fairfax, VA 22030
*Chapter 11 Debtor*

Page Limsumang
11403 Delsignore Drive
Fairfax, VA 22030
*Chapter 11 Joint Debtor*

Madeline A. Trainor
Redmon, Peyton & Braswell L.L.P.
510 King Street
Suite 301
Alexandria, VA 22314
*Counsel for Debtors*

Jack Frankel
1725 Duke Street,
Suite 650
Alexandria, VA 22314
*Counsel to U.S. Trustee*

2