**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

PRASERT LIMSUMANG,

AND

PAGE LIMSUMANG,

　　　　　　Debtors.

Case No. 25-12066-BFK
Chapter 11

**ORDER DENYING MOTION FOR APPROVAL OF**
**SETTLEMENT AGREEMENT BETWEEN**
**DEBTORS AND CREDITOR HUNAN CAFÉ CHANTILLY, INC.**

On March 31, 2026, the Court held a hearing the Debtors' Motion for Approval of Settlement Agreement.  Docket No. 45.  At the appointed time for the hearing, the Debtors were present in court and accompanied by their counsel, Madeline Trainor.  Bandar Al-Saif was also present in court, as counsel for Creditor Hunan Café Chantilly, Inc.

Having considered the representations and relief sought by the parties, the Court finds that the proposed settlement does not comport with the equality of treatment principle found in the Bankruptcy Code.  For this reason, in addition to those stated upon the record, this motion is denied.  It is hereby,

　　　**ORDERED**:

　　　1.　　The Motion for Approval of Settlement Agreement (Docket No. 45) is **DENIED.**

　　　2.　　The Clerk will mail copies of this Order, or will provide CM-ECF notice of its entry, to the parties below.

Date: Apr 1 2026

Alexandria, Virginia

/s/ Brian F Kenney

HONORABLE BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Apr 2 2026

Copies to:

Prasert Limsumang
11403 Delsignore Drive
Fairfax, VA 22030
*Chapter 11 Debtor*

Page Limsumang
11403 Delsignore Drive
Fairfax, VA 22030
*Chapter 11 Joint Debtor*

Madeline A. Trainor
Redmon, Peyton & Braswell L.L.P.
510 King Street
Suite 301
Alexandria, VA 22314
*Counsel for Debtors*

Bandar K. Al-Saif
Odin Feldman Pittleman PC
1775 Wiehle Avenue
Suite 400
Reston, Virginia 20190
*Counsel to Creditor Hunan Café, Inc.*

Jack Frankel
1725 Duke Street,
Suite 650
Alexandria, VA 22314
*Counsel to U.S. Trustee*

2